

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00715-CV

**MRSW MANAGEMENT LLC**,
Appellant

v.

**TEXAS DEPARTMENT OF PUBLIC SAFETY**,
Appellee

From the 345th District Court, Travis County, Texas
Trial Court No. D-1-GN-12-000860
Honorable Orlinda L. Naranjo, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

It is ORDERED that appellee recover its costs of appeal from appellant.

SIGNED May 1, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice